**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TONI REESE, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | NO. 14-CV-1779-P | |
| § | | |
| COMMISSIONER OF SOCIAL § | | |
| SECURITY ADMINISTRATION, § | | |
| Defendant. § | | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On June 25, 2015, the assigned Magistrate Judge issued Findings, Conclusions, and Recommendation ("FCR") in which he recommended that the Court reverse the decision of the Commissioner and remand this case for further proceedings consistent with the FCR. No one has objected to the FCR. After reviewing all relevant matters of record in this case, including the FCR and the parties' briefs in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court finds that the Findings and Conclusions of the Magistrate Judge are correct. Having reviewed the Findings, Conclusions, and Recommendation of the Magistrate Judge for clear error, the Court finds no clear error on the face of the record. Accordingly, the Court hereby accepts the Findings and Conclusions of the Magistrate Judge as the Findings and Conclusions of the Court, **REVERSES** the Commissioner's decision, and **REMANDS** this action for further proceedings.

SO ORDERED this 17th day of September, 2015.

_(signature)_
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**